## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BRIAN MACCORMACK, and MICHAEL
TRAUGUTT individually and behalf of all
others similarly situated,

      Plaintiff,

    v.

GROUPON, INC.,

      Defendant.

Case No. 13-cv-00940 (GMS)

### DECLARATION OF EDUARD KORSINSKY IN FURTHER
### SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS'
### FEES AND REIMBURSEMENT OF EXPENSES

I, EDUARD KORSINSKY, declare:

1.    I am a member of the Bar of the State of New York and a partner in the firm of Levi & Korsinsky LLP ("Levi & Korsinsky"), which is one of the counsel for plaintiffs in this action. I have personal knowledge of the facts stated herein, and submit this declaration in support of the application for attorneys' fees and expenses.

2.    My firm's compensation for services rendered in the action was wholly contingent on the success of the action, and was totally at risk. The fees and unreimbursed expenses described herein have not been paid from any source and have not been the subject of any prior request, or prior award, in any litigation or other proceeding.

3.    The following chart details that from prior to the inception of the litigation until September 12, 2013, the effective date of the parties' Settlement Agreement and Mutual Release, Levi & Korsinsky invested 260 hours of work in this case:

1.      I am a member of the Bar of the State of New York and a partner in the firm of Levi & Korsinsky LLP ("Levi & Korsinsky"), which is one of the counsel for plaintiff in this action. I have personal knowledge of the facts stated herein, and submit this Declaration in support of the application for attorneys' fees and expenses.

2.      My firm's compensation for services rendered in the action was wholly contingent on the success of the action, and was totally at risk. The fees and unreimbursed expenses described herein have not been paid from any source and have not been the subject of any prior request, or prior award, in any litigation or other proceeding.

3.      The following is a chart which details that from prior to the inception of the litigation until the date of this Declaration, Levi & Korsinsky invested 260 hours of work:

| Attorney | Hours Worked | Hourly Rate |
|---|---|---|
| Cargill, Cecille | 3 | $425 |
| Fields, William | 9.5 | $395 |
| Ershowsky, Michael | 5.25 | $325 |
| Korsinsky, Eduard | 17.25 | $875 |
| Lefkowitz, Robert | 72 | $595 |
| Levi, Joseph | 11.50 | $875 |
| Morrone, Mary | 19 | $375 |
| Paralegals | 10.25 | $265 |
| Porritt, Nicholas | 54.25 | $830 |
| Purcell, Steven | 58 | $695 |
| **TOTAL** | **260** | |

All of the time included in the chart was reasonably and necessarily expended, in my opinion. The hours worked by Levi & Korsinsky are recorded in time records kept by my firm, and they are an accurate record of the time expended by my firm.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: October 31, 2013
       New York, NY

Eduard Korsinsky